FILED 22 SEP '26 09:58 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JEREMY A. WILLIAMS

(*Enter full name of plaintiff(s)*)

**Plaintiff(s),**

**v.**

ADDCOX ELECTRIC INC., d/b/a ADDCOX HEATING CEN

(*Enter full name of ALL defendant(s)*)

**Defendant(s).**

**Civil Case No.** 6:26-CV-01974-MTK
(*to be assigned by Clerk of the Court*)

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, Jeremy Williams, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated? ☐ Yes ☑ No

   If "Yes," state the place of your incarceration: ____________________

   **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed? ☐ Yes ☒ No ☐ Self-employed

   a. If the answer is "Yes," state:

      Employer's name: ____________________

      Employer's address: ____________________

      Amount of take-home pay or wages: $__________ per __________ (*specify pay period)*

b. If the answer is "No," state:

Name of last employer: Addcox Electric

Address of last employer: 831 NW Highland St. Roseburg, OR

Date of last employment: 9/2024

Amount of take-home salary or wages: $70K+ per year (*specify pay period)*

3. Is your spouse employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable

a. If the answer is "Yes," state:

Employer's name: ______

Employer's address: ______

Amount of take-home pay or wages: $______ per ______ (*specify pay period)*

b. Do you have access to your spouse's funds to pay the filing fee in this case? ☐ Yes ☒ No

Please explain your answer below:

My wife in unemployed

c. If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes ☐ No If the answer is "No," please explain below:

4. In the past 12 months have you received any money from any of the following sources?

a. Business, profession, or other self-employment ☐ Yes ☒ No

If "Yes," state: Amount received: $ ______

Amount expected in future: $ ______

b. Rent payments, interest, or dividends ☐ Yes ☒ No

If "Yes," state: Amount received: $ ______

Amount expected in future: $ ______

c. Pensions, annuities, or life insurance payments ☐ Yes ☒ No

If "Yes," state: Amount received: $ ____

Amount expected in future: $ ____

d. Disability or workers' compensation payments ☒ Yes ☐ No

If "Yes," state: Amount received: $ 2561 / per month

Amount expected in future: $ 2561 / per month

e. Gifts or inheritances ☐ Yes ☒ No

If "Yes," state: Amount received: $ ____

Amount expected in future: $ ____

f. Any other sources ☐ Yes ☒ No

If "Yes," state: Source: ____

Amount received: $ ____

Amount expected in future: $ ____

5. Do you have cash or checking or savings accounts? (including prison trust accounts)? ☒ Yes ☐ No

If "Yes," state the total amount: $ ~150

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property? ☒ Yes ☐ No

If "Yes," describe the asset(s) and state the value of each asset listed:

Kia Sedona - $2K Shared with wife

Chevy Aveo5 - $800 Shared with wife

Primary residence - Equity is less than refinance fees.

7. Do you have any other assets? ☐ Yes ☒ No

If "Yes," list the asset(s) and state the value of each asset listed:

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

If "Yes," describe and provide the amount of the monthly expense:

Mortgage $1699.06
Utilities - 565
Transportation - 400
Car Insurance - 117
Food - approx - 500

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

Catherine K Williams - wife - 90%
OW - child - 100%
HW - child - 100%
NW - child - 50%
CW - child - 50%

10. Do you have any debts or financial obligations? ☒ Yes ☐ No

If "Yes," describe the amounts owed and to whom they are payable:

credit cards - AAA - $3149.00
Venture1 - $8653.00
Quicksilver - $ 1116.00
Saver - $902
Discover - $1597
Amazon - $1278
BofA - 90% of 16,000 -

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

9/18/2026
DATE

[signature]
SIGNATURE OF APPLICANT

Jeremy Williams
PRINTED NAME OF APPLICANT

**CERTIFICATE**

(To be completed by the institution of incarceration.)

I certify that Jeremy Williams ______________ (name of applicant) has the sum of $__________ on account to his/her credit at ____________________________________ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_________. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_________.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

______________________ ______________________________________________

DATE SIGNATURE OF AUTHORIZED OFFICER

ORIGIN ID:RBGA (541) 315-1876
JEREMY WILLIAMS

278 3RD STREET

YONCALLA, OR 97499
UNITED STATES US

SHIP DATE: 18SEP26
ACTWGT: 0.10 LB
CAD: 107724801/INET4535

BILL SENDER

TO **WAYNE L. MORSE U.S. COURTHOUSE**

**405 EAST EIGHTH AVENUE**

**EUGENE OR 97401**
(541) 431-4100 REF:
INV:
PO: DEPT:

58KJ6/0166/494B

FedEx Express

E

J261026012001uv

**MON - 21 SEP 12:00P**
**PRIORITY OVERNIGHT**

TRK# 0201 **8774 4011 1166**

**86 EUGA**

**97401**
OR-US **PDX**